*liam W. Barron* for petitioner. *Solicitor General Sobeloff, Assistant Attorney General Burger, Paul A. Sweeney* and *Benjamin Forman* for the United States. ▮

No. 699. WAGNER *v.* WASHINGTON. Supreme Court of Washington. Certiorari denied. Petitioner *pro se. Cyrus A. Dimmick,* Assistant Attorney General of Washington, for respondent.

No. 736. McRAE *v.* WOODS, ACTING HOUSING EXPEDITER. C. A. 10th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Sobeloff* for respondent. ▮

No. 797. MILLER *v.* THORN ET UX. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Charles William Freeman* for petitioner. *Ernest F. Henry* for respondents.

No. 701. BOWMAN, ADMINISTRATRIX, *v.* BOWMAN. Supreme Court of Georgia. Certiorari denied. *James L. Moore* for petitioner. *Margaret Hills Fairleigh* for respondent.

No. 718. DANIELS ET AL. *v.* THOMAS. Supreme Court of Colorado. Certiorari denied. *Bentley M. McMullin* for petitioners. *William V. Hodges* for respondent.

No. 115, Misc. GALLOWAY *v.* DOWD, WARDEN. C. A. 7th Cir. Certiorari denied without prejudice to petitioner to initiate a new proceeding alleging refusal to allow an appeal. *James C. Cooper* for petitioner. *Edwin K. Steers,* Attorney General of Indiana, and *Carl M. Franceschini* and *Frank E. Spencer,* Deputy Attorneys General, for respondent. ▮